72 A.3d 170

**ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,**

v.

**Neal Marcellas JANEY, Sr., Respondent.**

**Misc. Docket AG No. 1, Sept. Term, 2013.**

Court of Appeals of Maryland.

Aug. 9, 2013.

## *ORDER*

Upon consideration of the Petition for Disciplinary or Remedial Action and the Joint Petition for Reprimand by Consent filed herein pursuant to Maryland Rule 16–772, it is this 9th day of August, 2013,

ORDERED, by the Court of Appeals of Maryland that Respondent Neal M. Janey, Sr., be and hereby is reprimanded by consent for violation of MLRPC 8.1(b).